JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CATHLEEN ALLISON,<br><br>　　　　　Respondent. | Case No. CV 11-2781 CAS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 4, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE